IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIUS LOCKHART,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 12-0133 |
| | : | |
| **CITY OF EASTON, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 17th day of September, 2013, upon careful consideration of the Defendants' Motion for Summary Judgment (Doc. #19) and all responses thereto it is hereby ORDERED that:

1. The Defendants' Motion for Summary Judgment is **GRANTED**;

2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.